# NO. 12-09-00118-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GUILLERMO GALINDEZ,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW OF* |
| *JEROLD HAIRFORD AND*<br>*RICHARD FOSTER, INDIVIDUALLY*<br>*AND AS PARTNERS OF ISIS*<br>*REAL ESTATE SERVICES;*<br>*ISIS INVESTIGATIONS, INC.*<br>*AND TIM LEE,*<br>*APPELLEES* | § | *SMITH COUNTY, TEXAS* |

---

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant Guillermo Galindez filed a notice of appeal evidencing his intent to appeal an order granting summary judgment and sanctions in favor of Appellee Richard "Tony" Foster and an order granting the same relief to Appellee Jerald "Tony" Hairford, both of which were signed on March 26, 2009.

The orders Galindez seeks to appeal do not dispose of all parties and claims before the trial court. Absent a final judgment or an otherwise appealable interlocutory order, we have no jurisdiction over the appeal. *See **Lehmann v. Har-Con Corp.***, 39 S.W.3d 191, 195 (Tex. 2001). Therefore, on April 28, 2009, this court notified Galindez, pursuant to Texas Rules of Appellate Procedure 37.2 and 42.3, that the information received in this appeal does not show the jurisdiction of this court in that there is no final judgment or appealable order contained therein. Galindez was further notified that the appeal would be dismissed unless, on or before May 8, 2009, the information was amended to show the jurisdiction of this court.

In response to this court's April 28, 2009 notice, Galindez, through his attorney of record, notified this court that he agrees the orders are interlocutory and that he does not oppose dismissal of the appeal. Accordingly, this appeal is *dismissed for want of jurisdiction*. TEX. R. APP. P. 42.3©.

Opinion delivered May 13, 2009.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

2